

City of McDonough
136 Keys Ferry St
McDonough GA 30253-3213
770-957-3915

**ACCEPTED**

| Account Number | Account Name |
|---|---|
| 10-35472-07 | KENDRA GAINES |
| Due Date | Service Address |
| 10/01/2023 | 53 CHURCH CIRCLE |

| After Due Date Pay | Amount Due | Amount Enclosed |
|---|---|---|
| $93.66 | $88.74 | |

**PAY TO THE ORDER OF**

**The United States Treasury**

Gaines, Kendra – Elaine

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

October 10, 2023

4058  1 AV 0.498
KENDRA GAINES          12 245
53 CHURCH CIR
MCDONOUGH GA  30253-3502

CITY OF MCDONOUGH
136 KEYS FERRY ST
MCDONOUGH GA 30253-3213

**Date**

Failure to receive a bill does not relieve your obligation to pay.

**CUSTOMER ACCOUNT INFORMATION - RETAIN FOR YOUR RECORDS**

Deposit to
United States Treasury
and Credit the same to

| Name | Service Address | Account Number |
|---|---|---|
| KENDRA GAINES | 53 CHURCH CIRCLE | 10-35472-07 |

KENDRA E. GAINES

577 - 13 - 9769

| Service Dates | | | | | |
|---|---|---|---|---|---|
| From | To | # Days | Bill Date | Penalty Date | Due Date |
| 08/01/2023 | 08/28/2023 | 27 | 09/13/2023 | 10/10/2023 | 10/01/2023 |

| Current Reading | Previous Reading | Usage | Service Description | Amount |
|---|---|---|---|---|
| | | | **PAST DUE AMOUNT** | $39.62 |
| 140900 | 138300 | 2600 | WATER | $24.56 |
| | | 2600 | SEWER | $24.56 |
| | | | **Current Bill** | **$49.12** |
| | | | **Amount Due** | **$88.74** |
| | | | Amount Due After 10/10/2023 | $93.66 |

**WATER**

MONEY ORDER

**Pay to:** United States Treasury

Date:

**Amount:**

**By:** Gaines, Kendra-E Grantee

CAT 033542192R

- Call 678-274-8737 for after hours water leaks only.
- Please see our web site for current water restrictions at: mcdonoughga.org.
- Current charges are due by the due date.
- A 10% late charge will be added to your bill if not paid in full.
- Past due amount is subject to immediate disconnection.
- Administration fee is $50.00.
- No other notice will be sent.

**MESSAGES**

Deadline for October payments is October 10, 2023. Payments must be paid and posted to your account by 5 P.M. to avoid penalties or disconnection of service. Payment arrangements must be made on or before October 1, 2023 in person. Trick or treat on the McDonough Square will be Friday, October 27th from 3pm-5pm.

**KENDRA ELAINE GAINES ESTATE**

**DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS, PEACE AND LOVE!!**

**VOID WHERE PROHIBITED BY LAW**

Pay your water bill at any time by calling:
**1-877-547-5307**
or online at:
https://www.municipalonlinepayments.com/mcdonoughga

$5 convenience fee charged for this service.

Pay to: United States treasury

Charge the Sum Said to

City of McDonough

credit the same to

By: Kendra Elaine Gaines

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

**Volvo Cars of Marietta**

ACCEPTED

| | |
|---|---|
| Date: | *10/7/2023* |
| Salesperson: | *Shawn Gamby* |
| Manager: | *David Valdes* |
| Customer ID #: | *1249957* |

FOR INTERNAL USE ONLY

PAY TO THE ORDER OF

The United States Treasury

Gaines, Kendra – Elaine

577139769

| CUSTOMER | *Kendra-Elaine Gaines* | | Home Phone : | |
|---|---|---|---|---|
| Address : | *600 West Ridge PKWY UNIT 714* *MCDONOUGH, GA 30253* *HENRY* | | Work Phone : | |
| E-Mail : | *gaines.kendra@gmail.com* | | Cell Phone : *(404) 276-5032* | |

**VEHICLE**

| Stock # : *LS24010* | New / Used : | *New* | VIN : *YV4RH60FMXRG298221* | Mileage: *25* |
|---|---|---|---|---|
| Vehicle : *2024 Volvo S60 Recharge Plug-In Hybrid* | | | Color : *Vapour Gray* | |
| Type : *T8 Ultimate Dark Theme 4dr All-Whee* | | | October 10, 2023 | |
| Body Size : | Style : | | Weight : *0* | Unit Class : |

Date

Deposit to

United States Treasury

and Credit the same to

KENDRA E. GAINES

577 - 13 - 9769

| | | |
|---|---|---|
| Market Selling Price | | 59,845.00 |
| Discount | | 3,591.00 |
| Adjusted Price | | 56,254.00 |
| Llumar Ceramic Tint | | 495.00 |
| Total Purchase | | 56,749.00 |
| Doc Fee | | 699.00 |
| GATAVT | | 4,056.36 |
| Non Tax Fees | | 47.00 |
| Net Price | | 61,551.36 |
| ALLSTATE PAINT & FABRIC PROTECTION | | 995.00 |
| Cash Deposit | | .00 |
| Balance | | 62,546.36 |

**MONEY ORDER**

Customer Approval: _____    Management Approval: _____

By signing this authorization form, you certify that the above personal information is correct and accurate, and authorize the release of credit and employment information. By signing above, I provide to the dealership and its affiliates consent to communicate with me about my vehicle or any future vehicles using electronic, verbal and written communications including but not limited to eMail, text messaging, SMS, phone calls and direct mail. Terms and Conditions subject to credit approval. For Information Only. This is not an offer or contract for sale.

Pay to: United States Treasury          Date: 10/10/23

Amount:

By: Gaines, Kendra E Grantee

CAF 031542192R

For

KENDRA ELAINE GAINES ESTATE

DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS, PEACE AND LOVE!!

VOID WHERE PROHIBITED BY LAW

Pay to: United States Treasury

Charge the Same to

Volvo Cars of Marietta

Credit the sum said to

By: Kendra G. Gaines

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

Page 4 of 8                September 26, 2023

**Spectrum**

KENDRA GAINES

Account Number: 8312 10 151 0291 83
Security Code: **0853**

**ACCEPTED**

Have questions about your bill?
Visit us at spectrum.net/billing
Or, call us at 1-855-70-SPECTRUM (**1-855-707-7328**)

8634 0060  NO RP 26 09272023 NNNNNYNN 01 001481  0008

## Charge Details

PAY TO THE ORDER OF

**The United States Treasury**

Gaines, Kendra-Elaine

577139769

10/10/23

Date

Deposit to
United States Treasury
and Credit the

KENDRA E. GAINES

57   13 24

| Previous Balance | 64.97 |
| Credit Card Payment | 09/10 | -64.97 |

Payments received after 09/26/23 will appear on your next bill

### Adjustments

| ACP Internet Credit - Adjustment | 09/25 | -50.00 |
| Adjustments Total | | -$50.00 |

| **Remaining Balance** | **-$50.00** |

**Service from 09/26/23 through 10/25/23**

### Spectrum TV™

| Spectrum TV Essentials | 24.99 |
| More Than 60 Popular Networks | |
| | $24.99 |

| **Spectrum TV™ Total** | **$24.99** |

### Spectrum Internet™

| Spectrum Internet | 84.99 |
| Promotional Discount | -35.00 |
| Your promotional price will expire on 07/25/25 | |
| WiFi Service | 5.00 |
| Spectrum Internet Ultra | 20.00 |
| Promotional Discount | -20.00 |
| Your promotional price will expire on 07/25/27 | |
| | $54.99 |

MONEY ORDER

| **Spectrum Internet™ Total** | **$54.99** |

## Spectrum Voice™

| Phone number (470) 278-1497 | 19.99 |
| Unlimited Long Distance | |
| Pkg Includes: Phone Line, Modem, Up To 23 Calling Features, Calling Within U.S., Canada, Mexico, Puerto Rico, Guam & The Virgin Islands | |
| | $19.99 |

For additional call details and terms of service, please visit spectrum.net/calldetails.

| **Spectrum Voice™ Total** | **$19.99** |

| **Current Charges** | **$99.97** |
| **Total Due by 10/13/23** | **$69.97** |

## Billing Information

**Tax and Fees** - This statement reflects the current taxes and fees for your area (including sales, excise, user taxes, etc.). These taxes and fees may change without notice. Visit spectrum.net/taxesandfees for more information.

**The following taxes, fees and surcharges are included in the price of the applicable service** - TAXES: E911 Fee $1.50, Sales Tax $0.09. FEES AND CHARGES: Federal USF $1.02.

**Terms & Conditions** - Spectrum's detailed standard terms and conditions for service are located at spectrum.com/policies.

**Programming Changes** - For information on any upcoming programming changes, please consult the Legal Notices published in your local newspaper and on spectrum.net/programmingnotices.

**ACP Information** - Your satisfaction is important to us. If you are not fully satisfied with your Internet service under the Affordable Connectivity Program, or if you had trouble enrolling in the program, you can file any concern with the FCC Consumer Complaint Center at https://consumercomplaints.fcc.gov/hc/en-us or you may call (877) 384-2575.

continued on the next page....

**Pay to: United States Treasury**

**Amount:** Five hundred dollars zero cents  $500

Local Spectrum Store:  1580 Hudson Bridge Road, Suites B&C, Stockbridge GA 30281   Store Hours:  Mon thru Sat - 10:00am to 8:00pm; Sun - 12:00pm to 5:00pm

**By:** Gaines, Kendra E Grantee

CAF 031542192R

For

KENDRA ELAINE GAINES ESTATE

DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS, PEACE AND LOVE!!

VOID WHERE PROHIBITED BY LAW

Date: 10/10/23

Simplify your life with **Auto Pay!**
Spend less time paying your bills
and more time doing what you love.

It's Easy - No more checks, stamps or trips to the post office
It's Secure – Powerful technology keeps your information safe
It's Flexible – Auto check, savings, debit or credit card
It's FREE - And helps save time, postage and the environment

Set up easy; automatic bill payments with Auto Pay!
Visit: spectrum.net/myaccount
*(My Account login required)*

### Payment Options

**Pay Online** - Sign in to **Spectrum.net** to pay or view your bill.

**Pay by Mail** - Detach payment coupon and enclose with your check made payable to Spectrum.

For questions or concerns, please call **1-855-757-7328**.

**Spectrum**



Pay to United State Treasury

Change the Sum said to

1

**ACCEPTED**

PO BOX 9004
MELVILLE NY 11747-9004
CHANGE SERVICE REQUESTED

**Sunrise Credit Services, Inc.**

P.O. Box 9004
Melville, NY 11747-9004
1-844-870-8697 ● Fax: 631-501-8534



ACA
INTERNATIONAL
The Association of Credit
and Collection Professionals
Member

Hours: Mon. – Fri. 8 AM – 9 PM EST
Sat. 8 AM – 4 PM EST

## PAY TO THE ORDER OF

### The United States Treasury

Gaines, Kendra Elaine

577139769

October 10, 2023

**Date**

**Deposit to**

### United States Treasury and Credit the same to

KENDRA GAINES
53 Church Cir
McDonough GA 30253-3502

**Account Information**
Creditor: Charter Communications
Account Number: 32949269
SCS Account #: 55011039
Balance Due as of 07/22/23: $218.36
Interest Accrued Since Charge Off: $0.00
Non-Interest Charges or Fees Since Charge-Off: $0.00
Total Amount Paid or Credited Towards the Debt: $0.00

**Account Balance Due:   $218.36**

### KENDRA E. GAINES

577 - 13 - 9769

Dear KENDRA GAINES:

**Sunrise Credit Services, Inc. is a debt collector.** We are trying to collect a debt that you owe to Charter Communications. We will use any information you give us to help collect the debt.

**How can you dispute the debt?**

- **Call or write to us by September 03, 2023, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by September 03, 2023, we must stop collection** on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at collections@sunrisecreditservices.com.

**What else can you do?**

- **Write to ask for the name and address of the original creditor,** if different from the current creditor. If you write by September 03, 2023, we must stop collections until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at collections@sunrisecreditservices.com.
- Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.
- Póngase en contacto con nosotros para solicitar una copia de este formulario en español.

**MONEY ORDER**

Pay to United States Treasury                 Date: 10/10/23

Amount

By: _Gaines, Kendra Elaine_

CAFU-03-2492R

RIAH MARTIN

**For**

**KENDRA ELAINE GAINES ESTATE**

**DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS,**

**PEACE AND LOVE!!**

**VOID WHERE PROHIBITED BY LAW**

We have several free self-service options for paying your account.
- Visit us online at https://payment.sunrisecreditservices.com/?scsa=55011039
- Call our automated phone payment system at 1-866-298-9125
- Speak with a representative at our toll-free number 1-844-870-8697

Sunrise Credit Services, Inc.
RIAH MARTIN

**Scan the QR Code**
to pay your account

504990440

R1CHN ⬇⬇     PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT. KEEP TOP PORTION FOR YOUR RECORDS.   ⬇⬇

**PLEASE REFER TO REVERSE SIDE FOR IMPORTANT INFORMATION**

---

**How do you want to respond?**

*Check all that apply:*
☐  **I want to dispute the debt because I think:**
    ☐ This is not my debt.

Pay to: United States Treasury

Charge the same and to

Sunvise Credit Services Inc

Credit the same to

By: Kendra E. Gaines

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

**ACCEPTED**

**PAY TO THE ORDER OF** American CREDIT ACCEPTANCE

**The United States Treasury**

**Gaines, Kendra – Elaine**

**577139769**

*October 10, 2023*

June 2, 2023

KENDRA GAINES
53 Church Cir
MCDONOUGH,, GA 30253

**PAYOFF QUOTE**

**Date**

Re:   **Payoff Request for Account #: 90123662959**
       **VIN: WVWBP7AN2EE521108**

**Deposit to United States Treasury**

Dear KENDRA GAINES,

American Credit Acceptance, LLC ("ACA") received your request on 06/01/2023 for a payoff quote for the above mentioned account. ACA has reviewed your account, and your payoff information is below.

**and Credit the same to**

**Payoff Quote:** $16,667.66
**Payoff Quote is valid until:** 06/12/2023
**Daily Finance Charge Accrual("Per-Diem"):** $0.000000

**KENDRA E. GAINES**

**577139769**

*If you do not submit payment by the date listed above, this is the amount you will be required to pay per day in addition to the payoff quote listed above.*

If you have any questions about this payoff quote, your ACA account, or if you would like to know what payment options are available, please feel free to contact us at (866) 544-3430.  If you wish to mail in your payoff via check, please send that check to American Credit Acceptance, PO Box 204531, Dallas TX, 75320-4531.  Include your payment voucher and your account number on the check for timely processing.

**MONEY ORDER**

**NOTICE. If you purchased a Guaranteed Asset Protection (GAP) Waiver, you are generally entitled to a refund of the unearned portion of the GAP Waiver charges on a pro rata basis upon early termination of your contract or cancellation of the GAP Waiver, and you should contact the administrator identified in the buyer's GAP Waiver for identification of the amount of such refund available to you at this time.**

**Pay to: United States Treasury**          **Date:** 10/10/23

Sincerely,

**Amount:** Sixteen thousand, Six hundred Sixty Seven dollars and 44 cents
$16,667.66

ACA Servicing Department
NYC Dept. of Consumer Affairs License # 1384435

**By:** Gaines, Kendra E Grantee

*This is an attempt to collect a debt, any information obtained will be used for that purpose.*

**CAF**   NOTICE: If you are entitled to the protections of the United States Bankruptcy Code (11 U.S.C. §§ 362; 524) regarding the subject matter of this letter, the following applies to you: **THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.**

**For**

**KENDRA ELAINE GAINES ESTATE**

PO Box 204531 | Dallas TX 75320-4531 | 866.544.3430  |  AmericanCreditAcceptance.com

**DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS, PEACE AND LOVE!!**

**VOID WHERE PROHIBITED BY LAW**

Pay to: United States Treasury

Bracket charge sum said to American Credit Acceptance

Credit same to

By: Kendra E. Gaines
577.13.9169

 Gmail

**ACCEPTED**

Kendra Gaines <gaines.kendra@gmail.com>

**Kendra Gaines, your Affirm, Inc. balance needs your attention**
1 message

**PAY TO THE ORDER OF**

**Deanna Hill** <deanna@email.trueaccord.com>
Reply-To: support@email.trueaccord.com
To: Kendra Gaines <gaines.kendra@gmail.com>

Sun, Aug 20, 2023 at 12:56 PM

**The United States Treasury**

**Gaines, Kendra – Elaine**

We can help resolve this balance.

**577139769**

10 | 10 | 23

**Date**

**Deposit to**

Sign up for a payment plan to resolve this balance in a way that works for you.

**United States Treasury**

**and Credit the same to**

You can pay off your outstanding balance of $270.24 with one of our payment plans.

**KENDRA E. GAINES**

Don't delay any longer and select a plan today by visiting our website.

**577 - 13 - 9769**

Thank you, Kendra, for your attention to this matter.

READY TO BEGIN

**MONEY ORDER**

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Pay to: **United States Treasury**                    Date: 10/10/23

Amount: two hundred seventy 85 dollars and 24 cents

Your TrueAccord account number is: **47-77-0157-81976**

270.24

Unsubscribe   Privacy Policy   Dispute this debt

By: Gaines, Kendra E Grantee

CAF 031542192R

Need help? Call us at (800) 611-2731 (TTY 771) between Monday - Friday, 8 AM - 8 PM ET

For

Copyright © 2023 TrueAccord Corp.

16011 College Blvd, Suite 130, Lenexa, KS 66219

**KENDRA ELAINE GAINES ESTATE**

**DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS, PEACE AND LOVE!!**

**VOID WHERE PROHIBITED BY LAW**

Pay to: United States Treasury
Charge Sum said to
Affirm true credit Accodel
credit same to

By: Kendra E. Gaines
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

**BMW Financial Services** 

ACCEPTED

PAY TO THE ORDER OF

**The United States Treasury**

**Gaines, Kendra – Elaine**

**577139769**

10 • 10 • 2023

Date

Deposit to

United States Treasury

and Credit the same to

KENDRA E. GAINES

577 - 13 - 9769

May 18, 2023

Kendra Gaines
and Winston Gunter
2839 Stonewall Ln Sw
Atlanta GA  30331-8192

Référence   1XXXXX3728 / 2014 BMW X1 sDrive28i
Subject   Auction Breakdown true

Dear Kendra Gaines and Winston Gunter:

This letter is to notify you of the final breakdown due on your BMW Financial Services account following the sale of the Vehicle at a commercial auction. The following is a detailed itemization of the Deficiency Balance.

**Balance as of May 18, 2023:**
**Expenses and Charges:**

$22,124.56

| | |
|---|---|
| Remaining Receivables: | $33,913.64 |
| Repossession Fee(s): | **MONEY ORDER** |
| Auction Fee: | $115.00 |
| Other Fee: | $24.00 |
| Reconditioning Fee(s): | $75.00 |
| Body Repair(s): | $2,731.33 |
| Transportation Charge(s): | $53.50 |
| Promotional Fee(s): | $47.59 |
| Late Fee(s): | $339.24 |
| Mechanical Fee(s): | $688.00 |
| **Contractual Balance:** | **$39,188.94** |

**Pay to: United States Treasury**

**Amount:** Twenty-two thousand one hundred twenty four dollars and 56 cents $22,124.56

**Date:** 10/10/23

$22,124.56

Company
BMW Financial
Services NA, LLC

BMW Group Company

**By:** Gaines, Kendra-Elaine Grantee

Mailing Address:
PO Box 3607
Dublin OH 43016-0305

Office Address:
1400 City View Drive
Columbus OH 43215

**CAF 031542192R**

Telephone
(800) 598 3939

**For**

Fax
(614) 492 3799

**KENDRA ELAINE GAINES ESTATE**

Western Union
PAY CODE:
BMWOHIO

Internet
bmwusa.com

Credits and Payments:

| | |
|---|---|
| Realized Value from Auction: | $16,600.00 |
| Payments After Termination: | $464.38 |
| **Deficiency Balance Due:** | **$22,124.56** |

**DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS, PEACE AND LOVE!!**

**VOID WHERE PROHIBITED BY LAW**

3728VW565731743501162                                        1743521379

Pay to: United States Treasury

Charge Sum said to

BMW Financial Service

Credit the same to

Kadrca E Gaines

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

By:

**BMW Financial Services**



# ACCEPTED

## PAY TO THE ORDER OF

Subject: Auction Breakdown
Date: May 18, 2023
Page: 2

## The United States Treasury

## Gaines, Kendra – Elaine

**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**

As stated in your financing agreement with us, you are liable for the payment of the Deficiency Balance Due in the amount of $22,124.56. Payment is due within 20 days from the date of this letter. Please mail your check or money order (include your 10 digit account number in the memo section of the check) to:

**10 | 10 | 23**

BMW Financial Services
P.O. Box 78103
Phoenix, AZ 85062

## Date

## Deposit to

If you would like to pay by phone, contact a Collection Specialist at (800) 398-3939 to pay via Visa/ Mastercard/Discover/American Express or UltimatePay (automatic debit from your checking or savings account).

## United States Treasury
## and Credit the same to

It is important you contact us as soon as possible to make payment arrangements. Please be advised if you have not contacted us within 20 days of the date of this letter, your account may be assigned to a third party for continued collection activity.

## KENDRA E GAINES
## 577 - 13 - 9769

In compliance with the Fair Credit Reporting Act and guidance provided by the Consumer Data Industry Association for Data Furnishers, your account has been reported as "Unpaid balance reported as a loss" for the balance referenced in the Auction Sale Breakdown letter. This account will continue to be reported monthly until the balance is settled in full. Once this account is paid or settled in full, the account status will be updated to reflect "Account paid in full, was a charge-off". If you elect to settle this account for less than the full amount owed, the final status reporting will reflect a special comment that states "Account paid in full for less than full-balance". Any amount forgiven as part of a balance settlement could be subject for reporting to the Internal Revenue Service via Form 1099-C, "Cancellation of Debt".

## MONEY ORDER

**Pay to: United States Treasury**          **Date:** 10|10|23

**Amount:** twenty two thousand one hundred twenty four dollars and file cents

**By:** Gaines, Kendra Elaine Grantee

## CAF 031542192R

## For

## KENDRA ELAINE GAINES ESTATE

### DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS, PEACE AND LOVE!!

### VOID WHERE PROHIBITED BY LAW

Pay to: United States Treasury
charge the sum said to
BMW Financial Services
credit the same to
Kendra E. Gaines
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
by:

**BMW Financial Services**



# ACCEPTED

### PAY TO THE ORDER OF

### The United States Treasury

### Gaines, Kendra – Elaine

### 577139769

Subject  Auction Breakdown
Date  May 18, 2023
Page  3

We are committed to providing you with the highest level of service. If you have any questions, please contact us at (800) 398-3939, Monday through Thursday, 9:00 a.m. to 7:00 p.m. ET, and Friday, 9:00 a.m. to 6:00 p.m. ET, or by mail at the address listed on this letter.

### Date

Yours sincerely,

### Deposit to

BMW Financial Services

### United States Treasury

NOTICE: THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU HAVE FILED BANKRUPTCY OR HAVE RECEIVED A BANKRUPTCY DISCHARGE, THIS LETTER IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY. IT IS NOT INTENDED TO SUGGEST THAT YOU ARE PERSONALLY LIABLE FOR THE AMOUNTS DUE.

### and Credit the same to

### KENDRA E. GAINES

### 577 - 13 - 9769

### MONEY ORDER

**Pay to: United States Treasury**          **Date:** 10/10/23

**Amount:** twenty two thousand one hundred twenty four dollars and fifty cents.

**By:** Gaines, Kendra –Elaine Grantee

**CAF 031542192R**

**For**

**KENDRA ELAINE GAINES ESTATE**

DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS, PEACE AND LOVE!!

VOID WHERE PROHIBITED BY LAW

Pay to: United States Treasury

Charge the same sale to

BmW Financial Serices

Credit the same to

By: Kendra E. Gaines

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



# ACCEPTED

Prepared For KENDRA GAINES    Date generated: Sep 27, 2023



**PAY TO THE ORDER OF**

**The United States Treasury**

Gaines Kendra Elaine

577139769

10/10/23

Date

Deposit to

United States Treasury

and Credit the same to

KENDRA E. GAINES

577 - 13 - 9769

**MONEY ORDER**

Pay to the: United States Treasury          Date: 10/10/23

Amount: three hundred ninety four dollars zero cents     394.⁰⁰

By: _Gaines, Kendra E Grantee_

CAF 031542192R

For

KENDRA ELAINE GAINES ESTATE

DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS, PEACE AND LOVE!!

VOID WHERE PROHIBITED BY LAW

Payto: United States Treasury
Charge the sum said to
Midland Credit

Credit the same to

By. Kendra T. Gaines
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

Experian

9/27/23, 7:22 PM



# ACCEPTED

Prepared For **KENDRA GAINES**    Date generated: Sep 27, 2023

**Collection accounts**



**PAY TO THE ORDER OF**

**The United States Treasury**

**Gaines, Kendra – Elaine**

**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**

10/10/23

**Date**

**Deposit to**

**United States Treasury**

**and Credit the same to**

**KENDRA E. GAINES**

**577 - 13 - 9769**

| | MIDLAND CREDIT MANAGEM | | $458 |
| Original creditor: CREDIT ONE BANK N.A. | | | Closed |

**Account info**

| | | | |
|---|---|---|---|
| Account name | MIDLAND CREDIT MANAGEM | Balance | $458 |
| Account number | 313416XXX | Balance updated | Sep 22, 2023 |
| Original creditor | CREDIT ONE BANK N.A. | Original balance | $458 |
| Company sold | | Monthly payment | |
| Account type | Debt buyer | Past due amount | $458 |
| Date opened | Jun 22, 2021 | Terms | 1 Month |
| Status | Collection account. $458 past due as of Sep 2023. | Responsibility | Individual |
| Status updated | | Your statement | |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | C | C | C | C | C | C | C | C | C | - | - | - |
| 2022 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2021 | - | - | - | - | - | - | - | - | - | C | C | C |

C Collection    - Data Unavailable

# MONEY ORDER

**Contact info**

| Address | 320 E BIG BEAVER RD STE TROY, MI 48083 TROY, MI 48083 |

**Pay to:** United States Treasury

**Date:** 10/10/23

Phone number

(877) 822-0381

**Amount:** Four hundred fifty eight dollars and 2000 cents 458⁰⁰

**Comments**

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)

**By:** Gaines, Kendra Elaine Grantee

## CAF 031542192R

## For

## KENDRA ELAINE GAINES ESTATE

### DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS, PEACE AND LOVE!!

### VOID WHERE PROHIBITED BY LAW

Pay to: United States Treasury
Charge the same to
Midland Credit Inc
Credit the same
by: Kendra E. Gaines
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




# ACCEPTED

Prepared For: KENDRA GAINES · Date generated: Sep 27, 2023



**WESTLAKE FINANCIAL SVC**
15 potentially negative months

$9,706
Closed

## PAY TO THE ORDER OF
## The United States Treasury

**Gaines Kendra - Elaine**

### Account info

| | | | |
|---|---|---|---|
| Account name | WESTLAKE FINANCIAL SVC | Balance | $9,706 |
| Account number | 160616XX | Balance updated | Jul 10, 2023 |
| Original creditor | **577139769** | Original balance | $16,708 |
| Company sold | | Monthly payment | |
| Account type | 10/10/2023 | Auto Loan · Last Payment Date | Oct 25, 2022 |
| Date opened | May 26, 2021 · **Date** | Past due amount | $9,706 |
| Open/closed | Closed | Terms | 66 Months |
| Status | Account charged off. $9,706 written off. $9,706 past due as of **Deposit to** | Responsibility · Your statement | Individual |
| Status updated | Dec 2022 | | |

## United States Treasury
## and Credit the same to
## KENDRA E. GAINES
## 577 - 13 - 9769

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CO | CO | CO | CO | CO | CO | CO | | R | R | R | CO |
| 2022 | ✔ | ✔ | 30 | ✔ | | | | | | | | 30 |
| 2021 | - | - | - | | | | | ✔ | ✔ | ✔ | ✔ | |

✔ Current / Terms met    CO Charge off    R Repossession
30 Past due 30 days    - Data Unavailable

## MONEY ORDER

### Contact info

Address: 4751 WILSHIRE BLVD STE 1 LOS ANGELES, CA 90010
Phone number: (888) 739-9192

**Pay to: United States Treasury**    **Date:** 10/10/2023

**Amount:** Nine thousand seven hundred and six dollars and zero cents.

9,706.⁰⁰

### Comments

**By:** Gaines, Kendra Elaine Grantee

## CAF 031542192R

## For

## KENDRA ELAINE GAINES ESTATE

## DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS, PEACE AND LOVE!!

## VOID WHERE PROHIBITED BY LAW

Pay to: United States Treasury
Charge the sum said to
Westlake Financial
Credit the senate
Kendra E. Gaines
517-13.9769

By:

Experian



# ACCEPTED

Prepared For KENDRA GAINES    Date generated: Sep 27, 2023

**Closed accounts**

## PAY TO THE ORDER OF
## The United States Treasury
## Gaines, Kendra – Elaine
## 577139769

AFFIRM INC
14 potentially negative months

$270
Closed

**Account info**

| | |
|---|---|
| Account name | AFFIRM INC |
| Account number | AX99URXX |
| Original creditor | |
| Company sold | |
| Account type | Unsecured |
| Date opened | |
| Open/closed | Closed |
| Status | Collection/charge-off |
| Status updated | |

Balance    $270    Sep 03, 2023
Balance updated
original balance    $410
Monthly payment
Last Payment Date    May 28, 2022
Past due amount    $270
Terms    12 Months
Responsibility    Individual
Your statement

10/10/2023

### Date
Unsecured

### Deposit to
### United States Treasury
### and Credit the same to
### KENDRA E. GAINES
### 577 – 13 – 9769

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | C | C | C | C | C | C | C | C | C | – | – | C |
| 2022 | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | C | C |

✓ Current / Terms met    C Collection    30 Past due 30 days
60 Past due 60 days    90 Past due 90 days

## MONEY ORDER

**Pay to:** United States Treasury    **Date:** 10/10/2023

Contact info
Address    650 CALIFORNIA ST FL 12 SAN FRANCISCO,
CA 94108
Phone number    (855) 423-0279

**Amount:** Four hundred ten dollars zen cents    $410.00

**By:** Gaines, Kendra E Grantee

Comments

CAF 031542192R

**For**

**KENDRA ELAINE GAINES ESTATE**

DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS, PEACE AND LOVE!!

VOID WHERE PROHIBITED BY LAW

https://usa.experian.com/mfe/member/printable-report/experian/now

Pay to United States Treasry
Charge the Sum said to
A Affirm
Credit the same to
by: Kendra F. Gaines
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



Prepared For **KENDRA GAINES**    Date generated: Sep 27, 2023

---

● DEPT OF EDUCATION/NELN

6 late payments

$4,062

Balance updated Jul 31, 2023



## ACCEPTED

**PAY TO THE ORDER OF**
**The United States Treasury**
**Gaines, Kendra Elaine**
**577139769**
10/10/2023

### Date
### Deposit to
### United States Treasury
### and Credit the same to
### KENDRA E. GAINES
### 577 - 13 - 9769

### MONEY ORDER

**Pay to: United States Treasury**    **Date:** 10/10/2023

**Amount:** Four thousand and sixty two dollars · $4062.00

**By:** Gaines, Kendra E Grantee

CAF 031542192R

For

### KENDRA ELAINE GAINES ESTATE

### DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS, PEACE AND LOVE!!
### VOID WHERE PROHIBITED BY LAW

**Account info**

| | |
|---|---|
| Account name | $4,062 |
| Account number    900000XXXXXXXXX | Balance updated    Jul 31, 2023 |
| Original creditor | Original balance    $2,750 |
| Company sold | Paid off    0% |
| Account type    Education | Monthly payment    $0 |
| Date opened    Jun 03, 2013 | Last Payment Date    Jul 09, 2023 |
| Open/closed    Open | Term    300 Months |
| Status    Open | Responsibility    Individual |
| Status updated    Mar 2020 | Your Statement |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | | | | | | - | - | - | - |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | | | | | | ✓ | ✓ | ✓ | ✓ |
| 2020 | ND | ND | ✓ | | | | | | ✓ | ✓ | ✓ | ✓ |
| 2019 | 150 | | | | | | 120 | | 150 | 180 | ND | ND |
| 2018 | ✓ | ✓ | ✓ | | | | | | ✓ | ✓ | 90 | 120 |
| 2017 | - | - | - | ✓ | | | | | 90 | 120 | 150 | 180 |

✓ Current / Terms met    ND No data for this period    90 Past due 90 days

120 Past due 120 days    150 Past due 150 days    180 Past due 180 days

- Data Unavailable

**Contact info**

Address    121 S 13TH ST LINCOLN, NE 68508

Phone number    (888) 486-4722

**Comments**

Account previously in dispute - Investigation complete, reported by data furnisher

Pay to: United States Treasury
Charge the Bum Sadat's
Dept of Education
Credit the same to
Kendra E. Gaines
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

By:



**experian.**

# ACCEPTED

Prepared For **KENDRA GAINES**    Date generated: Sep 27, 2023

🔴 DEPT OF EDUCATION/NELN

6 late payments

$5,370

Balance updated Jul 31, 2023

## PAY TO THE ORDER OF
## The United States Treasury
### Gaines Kendra Elaine
### 577139769

| Account info | | |
|---|---|---|
| Account name | DEPT OF EDUCATION/NELN | Balance | $5,370 |
| Account number | XXXXXXXXXXXXX | Balance updated | Jul 31, 2023 |
| Original creditor | | Original balance | $4,500 |
| Company sold | | Paid-off | 0% |
| Account type | Education | Monthly payment | $0 |
| Date opened | Sep 18, 2012 | Last Payment Date | Jul 09, 2023 |
| Open/closed | Open | Terms | 300 Months |
| Status | | Responsibility | Individual |
| Status updated | Mar 2020 | Your statement | |

Date Open.

10/10/23

## Deposit to
## United States Treasury
## and Credit the same to
## KENDRA E. GAINES
## 577 - 13 - 9769

💲 **Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | | | | | | - | ✓ | - | - |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ND | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | 150 | ✓ | ✓ | ✓ | ✓ | ✓ | 90 | 120 | 150 | 180 | ND | ND |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 90 | 120 |
| 2017 | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | 90 | 120 | 150 | 180 |

✓ Current / Terms met    ND No data for this period    90 Past due 90 days
120 Past due 120 days    150 Past due 150 days    180 Past due 180 days

## MONEY ORDER

- Data Unavailable

**Pay to:** United States Treasury          Date: 10/10/23

**Amount:** Five thousand three hundred seventy dollars  $5,370⁰⁰

| Contact info | |
|---|---|
| Address | 121 S KITH ST LINCOLN, NE 6B508 |
| Phone number | (888) 486-4722 |

**By:** Gaines, Kendra E, Grantee

**CAF 051542192R**

Comments

Account previously in dispute - investigation complete, reported by data furnisher

## For
## KENDRA ELAINE GAINES ESTATE

### DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS, PEACE AND LOVE!!
### VOID WHERE PROHIBITED BY LAW

Pay to: United States Treasury
Charge the sumsala to
Dept. of Edu

Creart the Same to
Kendra E. Gaines
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



# ACCEPTED

Prepared for **KENDRA GAINES**   Date generated: Sep 27, 2023



## PAY TO THE ORDER OF
## The United States Treasury
### Gaines, Kendra Elaine

577139769

10/10/23

**Date**

**Deposit to**

## United States Treasury
## and Credit the same to
## KENDRA E. GAINES
## 577 - 13 - 9769

## MONEY ORDER

**Pay to: United States Treasury**     Date: 10/10/23

**Amount:** Five Thousand two hundred seventy nine dollars zero cent

$5279.00

**By:** Gaines, Kendra , E Grantee

**CAF 031542192R**

**For**

## KENDRA ELAINE GAINES ESTATE
### DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS, PEACE AND LOVE!!
### VOID WHERE PROHIBITED BY LAW

---

**DEPT OF EDUCATION/NELN**     $5,279
6 late payments     Balance updated Jul 31, 2023

**Account Info**

| | |
|---|---|
| Account name | |
| Account number | 900000XXXXXXXXX |
| Original creditor | 577139769 |
| Company sold | |
| Account type | Education |
| Date opened | Jan 27, 2012 |
| Open/closed | Open |
| Status | |
| Status updated | May 2020 |

| | |
|---|---|
| Balance | $5,279 |
| Balance updated | Jul 31, 2023 |
| Original balance | $4,500 |
| Paid off | 0% |
| Monthly payment | $0 |
| Last Payment Date | Jul 09, 2023 |
| Terms | 300 Months |
| Responsibility | Individual |
| Your statement | |

**$ Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✔ | ✔ | ✔ | | | | | | - | - | - | - |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ND | ND | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | 150 | ✔ | ✔ | ✔ | ✔ | ✔ | 90 | 120 | 150 | 180 | ND | ND |
| 2018 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 90 | 120 |
| 2017 | - | - | - | ✔ | ✔ | ✔ | ✔ | ✔ | 90 | 120 | 150 | 180 |

✔ Current / Terms met     ND No data for this period     90 Past due 90 days

120 Past due 120 days     150 Past due 150 days     180 Past due 180 days

- Data Unavailable

**Contact info**

| | |
|---|---|
| Address | 121 S 13TH ST LINCOLN, NE 68508 |
| Phone number | (888) 486-4722 |

**Comment**

Account previously in dispute - investigation complete, reported by data furnisher

Pay to United States Treasury
Charge the same to the ~~United~~

Dept of EDU
Credit the same to
Kendra E. Goines
577.13.9767

Experian                                                                                     9/27/23, 7:22 PM



# ACCEPTED

Prepared For **KENDRA GAINES**   Date generated: Sep 27, 2023



● **DEPT OF EDUCATION/NELN**                                                    $10,326
  6 late payments                                                      Balance updated Jul 31, 2023

**PAY TO THE ORDER OF**

**The United States Treasury**

**Gaines, Kendra – Elaine**

**Account Info**

| | |
|---|---|
| Account name | |
| Account number | 90000XXXXXXXXX |
| Original creditor | |
| Company sold | |
| Account type | Education |
| Date opened | Sep 29, 2020 |
| Open/closed | Open |
| Status | |
| Status updated | Mar 2020 |

DEPT OF EDUCATION/NELN   Balance   $10,326
Balance updated   Jul 31, 2023
**577139769**   Original balance   $6,000
Paid off   0%
Monthly payment   $0
Last Payment Date   Jul 09, 2023
Terms   300 Months
Responsibility   Individual
Your statement

10/10/23
**Date**

**Deposit to**
**United States Treasury**
**and Credit the same to**
**KENDRA E. GAINES**
**577 - 13 - 9769**

**$ Payment history**

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✔ | ✔ | ✔ | | | | | | - | - | - | - |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ND | ND | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | 150 | | ✔ | ✔ | ✔ | ✔ | 90 | 120 | 150 | 180 | ND | ND |
| 2018 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 90 | 120 |
| 2017 | - | - | - | ✔ | ✔ | ✔ | ✔ | ✔ | 90 | 120 | 150 | 180 |

✔ Current / Terms met     ND  No data for this period

120  Past due 120 days     150  Past due 150 days     180  Past due 180 days

- Data Unavailable

**MONEY ORDER**

**Pay to: United States Treasury**          **Date:** 10/10/23

**Amount:** Ten thousand three hundred twenty six dollars zero cents

$ 10,326.00

Address     121 S 13TH ST LINCOLN, NE 68508

Phone number    (888) 486-4722

**By:** Gaines, Kendra E Grantee

CAF 031542192R

Account previously in dispute - investigation complete, reported by data furnisher

**For**

# KENDRA ELAINE GAINES ESTATE

## DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS, PEACE AND LOVE!!

## VOID WHERE PROHIBITED BY LAW

Pay to: United States Treasury Charge the sum paid to Dept of Edu Credit the same to Kendra E. Gaines 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

Experian

**experian.**

# ACCEPTED

Prepared For **KENDRA GAINES**    Date generated: Sep 27, 2023



**PAY TO THE ORDER OF**

**The United States Treasury**

**DEPT OF EDUCATION/NELN**

6 late payments

$4,302

Balance updated Jul 31, 2023

**Account info**

| | |
|---|---|
| Account name | DEPT OF EDUCATION/NELN |
| Account number | 900000XXXXXXXXX |
| Original creditor | |
| Company sold | |
| Account type | Education |
| Date opened | Sep 24, 2010 |
| Open/closed | Open |
| Status | |
| Status updated | |

Balance — $4,302
Balance updated — Jul 31, 2023
Original balance — $3,500
Paid off — 0%
Monthly payment — $0
Last Payment Date — Jul 09, 2023
Terms — 300 Months
Responsibility — Individual

**Gaines, Kendra Elaine**

**577139760**

10/10/23
Date

Deposit to
United States Treasury
and Credit the same to
KENDRA E. GAINES
577 - 13 - 9769

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | | | | | | - | - | - | - |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ND | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | 150 | ✓ | ✓ | ✓ | ✓ | ✓ | 90 | 120 | 150 | 180 | ND | ND |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 90 | 120 |
| 2017 | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | 90 | 120 | 150 | 180 |

✓ Current / Terms met    ND No data for this period

120 Past due 120 days    150 Past due 150 days    180 Past due 180 days

- Data Unavailable

**MONEY ORDER**

**Pay to:** United States Treasury

**Amount:** four thousand three hundred two dollars zero cents
$4302.00

Date: 10/10/23

**Contact info**

Address    121 S 13TH ST LINCOLN, NE 68508

Phone number    (888) 486-4722

**By:** Gaines, Kendra E Grantee

**Comments**

CAF 031542192R

Account previously in dispute—investigation complete, reported by data furnisher

**For**

**KENDRA ELAINE GAINES ESTATE**

**DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS, PEACE AND LOVE!!**

**VOID WHERE PROHIBITED BY LAW**

ACCEPTED

PAY TO THE ORDER OF
The United States Treasury

Date

Deposit to
United States Treasury
and Credit the same to
KENDRA E. GAINES
517 - 13 - 9769

MONEY ORDER

Pay to United States Treasury
For
CAF 03450589

Pay to: United State Treasury
Charge the Sum said to
Dept of Edu
Credit the Same to
Kendra E. Gaines
517.13.9769

Experian                                                                                                                    9/27/23, 7:22 PM

 experian.

# ACCEPTED

Prepared For **KENDRA GAINES**    Date generated: Sep 27, 2023

**Open accounts**

## PAY TO THE ORDER OF

## The United States Treasury

● DEPT OF EDUCATION/NELN

6 late payments

### Gaines, Kendra – Elaine
### 577-39769

| | |
|---|---|
| | $12,678 |
| | Balance updated Jul 31, 2023 |

**Account info**

DEPT OF EDUCATION/NELN

| | | | | |
|---|---|---|---|---|
| Account name | | Balance | | $12,678 |
| Account number | 900000XXXXXXXXX | Balance updated | | Jul 31, 2023 |
| Original creditor | | Original balance | | $6,103 |
| Company sold | | Paid off | | 0% |
| Account type | Educat**Date** | Monthly payment | | $0 |
| Date opened | Sep 18, 2006 | Last Payment Date | | Jul 09, 2023 |
| Open/closed | **Deposit to** | Term | | 300 Months |
| Status | Open | Responsibility | | Individual |
| Status updated | **United States Treasury** Your statement | | |

## and Credit the same to
## KENDRA E. GAINES
### 577 - 13 - 9769

**Payment history**

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ND | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | 150 | ✓ | ✓ | ✓ | ✓ | ✓ | 90 | 120 | 150 | 180 | ND | ND |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 90 | 120 |
| 2017 | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | 90 | 120 | 150 | 180 |

## MONEY ORDER

✓ Current / Terms met    ND No data for this period    90 Past due 90 days

120 Past due 120 days    150 Past due 150 days    180 Past due 180 days
● Data Unavailable

## Pay to: United States Treasury                Date: 10/10/23

## Amount: 10/10/23

**Contact info**

Address    121 S 13TH ST LINCOLN,
          NE 68508

## By: _Gaines, Kendra E_

Phone number    (888) 486-4722

## CAF 031542192R

**For**    Comments

Account previously in dispute - investigation complete, reported by data furnisher

## KENDRA ELAINE GAINES ESTATE

## DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS,
## PEACE AND LOVE!!

## VOID WHERE PROHIBITED BY LAW

Pay to: United States Treasury
Charge the sum said to
Dept of Edu
Credit the same to
Kendra E. Gaines
577. 13. 9465



*charles*
SCHWAB

# ACCEPTED

MB 01 000031 10348 H 1 A

KENDRA GAINES
53 CHURCH CIR
MCDONOUGH, GA 30253

## PAY TO THE ORDER OF

## The United States Treasury

## Gaines, Kendra – Elaine

### 577139769

10/10/23

October 2, 2023                     **Date**                     Account ending in: ****-935

### Deposit to

**Urgent notice: Immediate payment is needed on a debit balance in your account.**

### United States Treasury

We recently wrote you about an outstanding debit balance in your Schwab account noted above in the amount of $199.64. The unsecured debit is still unresolved as of the date of this notice. Please contact us right away if you did not receive our previous letter or if we overlooked your reply. ~~and credit the same to~~

**Please take immediate action.**    ### KENDRA E. GAINES

We want to help you resolve this matter as soon as possible. You can make a deposit using one of the methods below:    ### 577 - 13 - 9769

- **Transfer funds:** If you'd like to transfer funds from another Schwab account or financial institution, please call us at 1-800-435-4000, 24 hours a day, seven days a week.

- **Send us a check:** Please make your check payable to Charles Schwab & Co., Inc. Include your account number on the check to ensure proper credit to the account. Mail your check to:

Charles Schwab & Co., Inc.    ### MONEY ORDER
Attn.: Margin Services Department (Collections)
P.O. Box 982600
El Paso, TX 79998-9941

### Pay to: United States Treasury              Date: 10/10/23

Please be aware: If we do not receive payment or hear from you, we may need to take other action. This may include placing your account with a third-party collection agency or referring this matter to our legal department.

### Amount: One hundred ninety-nine dollars sixty four cents

Thank you for your immediate attention to this matter. If you have any questions or would like to discuss payment options, please call our Debt Resolution Team at 1-877-716-0852 from 8:00 a.m. to 6:00 p.m. ET, Monday through Friday. If you've already made a deposit to your account, please disregard this letter.

### By: Gaines, Kendra E Grantee          $199.64

## CAF 031542192R

## For

## KENDRA ELAINE GAINES ESTATE

## DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS, PEACE AND LOVE!!

## VOID WHERE PROHIBITED BY LAW

©2023 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.   (0822-26ME) SGC91448-03 (01/23)

Pay to: United States Treasury

Charge the Sum paid to Charles Schwab

Credit the same to Kendra E. Gaines

577·13·9765

Spectrum

September 26, 2023

Account Number: 8312 10 151 0291893

Security Code: 0853

Service At: 53 CHURCH CIR
MCDONOUGH GA 30253-3502

ACCEPTED

PAY TO THE ORDER OF

The United States Treasury

Gaines, Kendra – Elaine

577139769

10/10/23

Date

Deposit to

United States Treasury

and Credit the same to

KENDRA E. GAINES

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

**Have questions about your bill?**
Visit us at Spectrum.net/billing
Or, call us at **1-855-70-SPECTRUM (1-855-707-7328)**

## Summary

*Service from 09/26/23 through 10/25/23 details on following pages*

| | |
|---|---|
| Previous Balance | 64.97 |
| Payments Received -Thank You! | -64.97 |
| Adjustments | -30.00 |
| **Remaining Balance** | **-$30.00** |
| Spectrum TV™ | 24.99 |
| Spectrum Internet™ | 54.99 |
| Spectrum Voice™ | 19.99 |
| Current Charges | $99.97 |
| **Total Due by 10/13/23** | **$69.97** |

**Thank you for choosing Spectrum.**
We appreciate your prompt payment and value you as a customer.

## NEWS AND INFORMATION

**NOTE.** Taxes, Fees and Charges listed in the Summary only apply to Spectrum TV and Spectrum Internet and are detailed on the following pages. Taxes, Fees and Charges for Spectrum Voice are detailed in the Billing Information section.

**Enroll in Auto Pay today!** Spectrum Auto Pay is a convenient way to pay your bill on time every month without the hassle of buying stamps or writing checks. Visit Spectrum.net/autopay

**ADD LINES AND SAVE EVEN MORE.** Add lines and get our best deal with no contracts, added taxes or hidden fees. Bring your own device or trade in your phone. Keep your current phone number no matter what you choose! **Call 1-855-614-0472.**

**Stay protected with Spectrum Security!** Spectrum is dedicated to keeping you and your family safe online. **Visit Spectrum.net/securitycenter for tools and solutions to keep your personal information secure.**

**Moving is easy with Spectrum!** We'll get your Spectrum services set up in your new home so you can get settled even faster. Manage your account through the My Spectrum App and learn about self-install options to handle your move on your terms. **Call 1-855-236-3873 or visit Spectrum.net/easymove.**

**Download the latest version of the My Spectrum App from your device's app store.** The My Spectrum App makes it easier than ever to manage your Spectrum services. A hassle-free experience with one convenient place for handling all your account needs.

MONEY ORDER

Pay to: United States Treasury

Date: 10/10/23

Spectrum

five hundred dollars zero cents
$500.00

September 26, 2023

KENDRA GAINES

Account Number: 8312 10 151 0291893

Service At: 53 CHURCH CIR
MCDONOUGH GA 30253-3502

4145 S FALKENBURG RD RIVERVIEW FL 33578-8652

8634 0060 NO RP 26 09272023 NNNNNYNN 01 001481 0008

By: Gaines Kendra E Grantee

KENDRA GAINES
53 CHURCH CIR
MCDONOUGH GA 30253-3502

CAF 031542192R

| | |
|---|---|
| **Total Due by 10/13/23** | **$69.97** |
| **Amount you are enclosing** | $ |

For

KENDRA ELAINE GAINES ESTATE

**Please Remit Payment To:**

SPECTRUM
PO BOX 94188
PALATINE IL 60094-4188

DONE IN GOOD FAITH FOR THE PURSUIT OF FREEDOM, LIFE, HAPPINESS, PEACE AND LOVE!!

831210151029189300069971

VOID WHERE PROHIBITED BY LAW